UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
OCT 17 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_Martin F. Wiesner_
Plaintiff(s)

Civil Action No. _07-1599 RBW_

vs.

_F.B.I. et al._
~~U.S. Attorney General~~ M.W.
Defendant(s)

## AFFIDAVIT OF MAILING

I, _Martin F. Wiesner_, hereby state that:
On the _13th_ day of _September_, _2007_, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, addressed to the following defendant:

_U.S. Attorney General_
_950 Pennsylvania Ave., NW_
_Washington, DC 20530_

I have received the receipt for the certified mail, No. _7007 1490 0003 8432 3762_ (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the _17th_ day of _September, 2007_.
I declare under penalty of perjury that the foregoing is true and correct.

_10/17/07_

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
SEP 17 2007

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

U.S. Attorney General
950 Pennsylvania Ave. NW
Washington DC 20530

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7007 1490 0003 8432 3762

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540