UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
OCT 17 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Martin F. Wiesner
Plaintiff(s)

Civil Action No. 07-1599 RBW

vs.

Federal Bureau of Investigation et al.
Defendant(s)

## AFFIDAVIT OF MAILING

I, Martin F. Wiesner, hereby state that:
On the 13th day of September, 2007, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, addressed to the following defendant:

Federal Bureau of Investigation
935 Pennsylvania Ave., NW
Washington, DC 20535

I have obtained the receipt for the certified mail, No. 7007 1490 0003 8432 3731 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 17th day of September, 2007.
I declare under penalty of perjury that the foregoing is true and correct.

10/17/07



## Track/Confirm - Intranet Item Inquiry
## Item Number: 7007 1490 0003 8432 3731

**This item was delivered on 09/17/2007 at 03:25**

| | |
|---|---|
| Signature: | *Michael G Simon* / MICHAEL A. SIMON |
| Address: | FBI  20535 |

Enter Request Type and Item Number:

Quick Search ●     Extensive Search ○

Explanation of Quick and Extensive Searches

[ Submit ]

*Version 1.0*

Inquire on multiple items.

Go to the Product Tracking System Home Page.

http://pts.usps.gov/pts/imageView.do                    10/11/2007