UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
OCT 17 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Martin F. Wiesner
Plaintiff(s)

Civil Action No. 07-1599 RBW

vs.

F.B.I. et al.
~~U.S. Attorney for the District of Columbia~~ m.w.
Defendant(s)

## AFFIDAVIT OF MAILING

I, Martin F. Wiesner, hereby state that:
On the 13th day of September, 2007, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, addressed to the following defendant:

U.S. Attorney for the District of Columbia
501 Third St., NW
Washington, DC 20001

I have obtained the receipt for the certified mail, No. 7007 1490 0003 8432 3748 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 3rd day of October, 2007
I declare under penalty of perjury that the foregoing is true and correct.

10/17/07



**UNITED STATES POSTAL SERVICE**

**Track/Confirm - Intranet Item Inquiry**
**Item Number: 7007 1490 0003 8432 3748**

**This item was delivered on 10/03/2007 at 14:28**

| Signature: | *[signature]* |
| --- | --- |
| Address: | 501 3rd St |

**Enter Request Type and Item Number:**

**Quick Search** ●     **Extensive Search** ○

Explanation of Quick and Extensive Searches

[ Submit ]

*Version 1.0*

Inquire on multiple items.

Go to the Product Tracking System Home Page.