CO-538
Rev. 3/87

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_Martin F. Wiesner_ )
)
)
vs. ) Civil Action No. _07-1599 RBW_
)
)
_Federal Bureau of Investigation_ )
_et al._

### AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this _19th_ day of _October_, _2007_, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) _Federal Bureau of Investigation_

was [were]:  [personally served with process on _September 17th 2007_].
OR
[served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee):
_____].
OR
[served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee):
_____].
[The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is:
_____].

I further certify under penalty of perjury that no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); [no extension has been given and the time for filing has expired] [although an extension has been given, the time for filing has expired]; that the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

_____
Attorney for Plaintiff(s) [signature]
_Martin F. Wiesner_
_1622 N. McKinley Rd. #5_
_Arlington VA 22205_

Bar Id. Number                Address and Telephone Number _703-909-5055_