CO-538
Rev. 3/87

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Martin F. Wiesner )
_____ )
  )
         vs. ) Civil Action No. 07-1599 RBW
  )
  )
Federal Bureau of Investigation )
_____ )
    et al.

### AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this 18th day of October, 2007, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) Central Intelligence Agency was [were]: [personally served with process on September 17th 2007 ].
OR

[served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee):
_____].
OR

[served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee):
_____].

[The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is:
_____].

I further certify under penalty of perjury that no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); [no extension has been given and the time for filing has expired] [although an extension has been given, the time for filing has expired]; that the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

                                              _____
Martin                                        Attorney for Plaintiff(s) [signature]
F. Wiesner  1622 N. McKinley Rd. #5
            Arlington VA 22205
            703-909-5055

_____                        _____
Bar Id. Number                                Address and Telephone Number