Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MARTIN F. WIESNER

     Plaintiff(s)

    v.

Civil Action No. 07-1599 RBW

CENTRAL INTELLIGENCE AGENCY, et al.,

     Defendant(s)

RE: CENTRAL INTELLIGENCE AGENCY

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on 9/17/07, and an affidavit on behalf of the plaintiff having been filed, it is this  23  day of  November , 2007 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: /s/ Tawana Davis

Deputy Clerk