UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARTIN F. WIESNER,<br><br>    Plaintiff,<br><br>            v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br>    et al.,<br><br>    Defendants. | No. 07-1599 (RBW) |

E R R A T A

PLEASE TAKE NOTICE that defendants, by and through the undersigned, file this errata to their Motion To Set Aside Entry of Default and Memorandum of Points and Authorities in Support correcting an error with regard to the proposed Order that was filed therewith.  Attached and filed with this Errata is a corrected Order.

The undersigned apologizes for any inconvenience this error has caused.

November 6, 2007                    Respectfully submitted,

                                    JEFFREY A. TAYLOR, DC Bar #498610
                                    United States Attorney

                                    RUDOLPH CONTRERAS, DC Bar #434122
                                    Assistant United States Attorney

                                    _____
                                    MADELYN JOHNSON, DC Bar #396739
                                    Assistant United States Attorney
                                    555 4th Street, N.W.  Rm E4114
                                    Washington, D.C.  20530
                                    (202) 514-7135

CERTIFICATE OF SERVICE

I CERTIFY that on this 6th day of November 2007, plaintiff was served with a copy of the foregoing Errata via first-class mail, postage prepaid, and addressed:

Martin Wiesner
1622 N. McKinley Road
Apartment 5
Arlington, VA 22205


_____/s/_____
MADELYN E. JOHNSON
Assistant U.S. Attorney
555 4th Street, N.W.  Rm E4114
Washington, D.C.  20530
(202) 514-7135

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARTIN F. WIESNER,<br><br>    Plaintiff,<br><br>            v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br>    et al.,<br><br>    Defendants. | No. 07-1599 (RBW) |

O R D E R

UPON CONSIDERATION of defendants' motion to set aside entry of default in the above-styled case, plaintiff's opposition thereto, and any other filings and record in this case to date, it is this _____ day of _____, 2007

ORDERED that the motion should be, and hereby is, GRANTED.


_____
UNITED STATES DISTRICT JUDGE

copies to:

Martin F. Wiesner
1622 N. McKinley Road
Apartment 5
Arlington, VA 22205

Madelyn E. Johnson
Assistant U.S. Attorney
(via ECF)