UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARTIN F. WIESNER

          Plaintiff,

                                          No. 07-1599 (RBW)

v.

FEDERAL BUREAU OF INVESTIGATION,
et al.,

          Defendants.

---

## MOTION TO STRIKE U.S. ATTORNEY'S ANSWER

Pursuant to Local Rule 7(g), Plaintiff in the above-captioned case hereby moves to strike the U.S. Attorney's answer in its MOTION TO SET ASIDE ENTRY OF DEFAULT.

### Background

On October 25, 2007, plaintiff was served with the U.S. Attorney's MOTION TO SET ASIDE ENTRY OF DEFAULT. On November 2, 2007, plaintiff filed a response and memorandum opposing the U.S. Attorney's motion. Subsequently, on November 6, 2007, plaintiff filed a Notice of Filing of Opposition to Motion to Set Aside Entry of Default and of Certificate of Service.

### Local Rule 7(g)

In addition to its opposition to the points and authorities made to the court in the U.S. Attorney's motion, plaintiff hereby cites a violation of Local Rule 7(g), which requires a verified answer to be included in a motion to set aside. The motion served on the plaintiff includes

RECEIVED
NOV 0 6 2007
Clerk, U.S. District and
Bankruptcy Courts

no such verification. As held in *United States v. Commodity Account* No. 549 54930, 219 F.3d 595, 597 (7th Cir. 2000), "Verification forces the claimant to place himself at risk for perjury of false claims, and the requirement of oath or affirmation is not a mere technical requirement that we easily excuse." Additionally, as stated in *United States v. One Dairy Farm*, 918 F.2d at 311 (1st Cir. 1990), (quoting *United States v. Fourteen (14) Handguns*, 524 F.Supp. 395, 397 (S.D. Tex. 1981)), the requirement for a verified answer is usually "a prerequisite to the right to file an answer and defend on the merits." The U.S. Attorney's office has not complied with Local Rule 7(g), and has therefore failed to "plead or otherwise defend" in accordance with the Federal Rules of Civil Procedure.

WHEREFORE, plaintiff Martin F. Wiesner requests that this motion be granted.

Respectfully submitted,

MARTIN F. WIESNER
1622 N. McKinley Rd. #5
Arlington, VA 22205
(703) 909-5055

## CERTIFICATE OF SERVICE

I CERTIFY that on November 6, 2007, defendants were served with a copy of the foregoing Motion to Strike the U.S. Attorney's Answer and Memorandum of Points and Authorities in Support, in Civil Action No. 07-1599, via first-class mail postage prepaid and addressed:

United States Attorney General
950 Pennsylvania Ave., N.W.
Washington, DC 20530

Civil Process Clerk
Office of the United States Attorney
555 4th St., N.W.
Washington, DC 20530

Office of General Counsel
Central Intelligence Agency
Washington, DC 20505

Office of General Counsel
Federal Bureau of Investigation
935 Pennsylvania Ave., N.W.
Washington, DC 20535

Martin F. Wiesner
1622 N. McKinley Rd. #5
Arlington, VA 22205
(703) 909-5055