UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARTIN F. WIESNER

              Plaintiff,

                                                                              No. 07-1599 (RBW)

v.

FEDERAL BUREAU OF INVESTIGATION,
et al.,

              Defendants.

---

## NOTICE OF FILING OF OPPOSITION TO MOTION TO SET ASIDE ENTRY OF DEFAULT AND OF CERTIFICATE OF SERVICE

Plaintiff in the above-captioned case hereby requests the court for notice of filing of opposition to MOTION TO SET ASIDE ENTRY OF DEFAULT, filed on November 3, 2007, and for notice of filing of a Certificate of Service served on the defendants, included in this filing.

Dated: November 6, 2007

                                            Respectfully submitted,

                                            MARTIN F. WIESNER
                                            1622 N. McKinley Rd. #5
                                            Arlington, VA 22205
                                            (703) 909-5055

**RECEIVED**

NOV 0 6 2007

Clerk, U.S. District and
Bankruptcy Courts

CERTIFICATE OF SERVICE

I CERTIFY that on November 5, 2007, defendants were served with a copy of the foregoing response to the U.S. Attorney's Motions to Set Aside Entry of Default and Memorandum of Points and Authorities in Support, in Civil Action No. 07-1599, via first-class mail postage prepaid and addressed:

United States Attorney General
950 Pennsylvania Ave., N.W.
Washington, DC 20530

Civil Process Clerk
Office of the United States Attorney
555 4th St., N.W.
Washington, DC 20530

Office of General Counsel
Central Intelligence Agency
Washington, DC 20505

Office of General Counsel
Federal Bureau of Investigation
935 Pennsylvania Ave., N.W.
Washington, DC 20535

Martin F. Wiesner
1622 N. McKinley Rd. #5
Arlington, VA 22205
(703) 909-5055

CERTIFICATE OF SERVICE

I CERTIFY that on November 6, 2007, defendants were served with a copy of the foregoing Notice of Filing of Opposition to the U.S. Attorney's Motions to Set Aside Entry of Default and of Certificate of Service, in Civil Action No. 07-1599, via first-class mail postage prepaid and addressed:

United States Attorney General
950 Pennsylvania Ave., N.W.
Washington, DC 20530

Civil Process Clerk
Office of the United States Attorney
555 4th St., N.W.
Washington, DC 20530

Office of General Counsel
Central Intelligence Agency
Washington, DC 20505

Office of General Counsel
Federal Bureau of Investigation
935 Pennsylvania Ave., N.W.
Washington, DC 20535

Martin F. Wiesner
1622 N. McKinley Rd. #5
Arlington, VA 22205
(703) 909-5055