UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARTIN F. WIESNER )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FEDERAL BUREAU )<br>OF INVESTIGATION, et al. )<br>)<br>Defendants. ) | Civil Action No. 07-1599 (RBW) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney John G. Interrante as counsel for defendants in the above-captioned case, substituting for Assistant United States Attorney Madelyn E. Johnson.

                                                    ____/s/_____
                                                    JOHN G. INTERRANTE
                                                    PA Bar # 61373
                                                    Assistant United States Attorney
                                                    Civil Division
                                                    555 4th Street, N.W.
                                                    Washington, D.C. 20530
                                                    (202) 514-7220
                                                    (202) 514-8780 (fax)
                                                    John.Interrante@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served by First-Class mail, postage prepaid to:

MARTIN F. WIESNER
1622 N. McKinley Rd. # 5
Arlington, VA 22205

on this _____ day of November, 2007.

\_\_\_\_/s/_____
JOHN G. INTERRANTE
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7220
(202) 514-8780 (fax)
John.Interrante@usdoj.gov