```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

_____
                                )
**MARTIN WIESNER,**              )
                                )
        **Plaintiff,**   )
                                )  Civil Action No. 07-1599 (RBW)
    v.                          )
                                )
**FEDERAL BUREAU**               )
**OF INVESTIGATION, et al.,**    )
                                )
        **Defendants.**  )
_____)

## DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO FILE
## ANSWER OR OTHERWISE RESPOND TO COMPLAINT

     The defendants respectfully move the Court, pursuant to Fed. R. Civ. P. 6(b), for an enlargement of time of 30 days to, and including, December 21, 2007, to file an answer or otherwise respond to the complaint. This is the first extension requested by the defendants of the briefing schedule, which was set by the Court's Order of November 7, 2007 (Document 13). Undersigned counsel, who entered a notice of appearance on November 20, 2007, discussed this request with plaintiff, Martin Wiesner, who is proceeding pro se, and plaintiff reserved his right to file a written opposition hereto.

     The defendants request an enlargement of time because this case has been reassigned to undersigned counsel, who transferred to the Civil Division on November 5, 2007, has been assigned a number of other cases with pending matters (including scheduled depositions and an application for a preliminary injunction), and

will need additional time to review the case files and to confer and consult with agency counsel prior to preparing a response to the complaint.

WHEREFORE, the defendants respectfully request an enlargement of time of 30 days to file an answer or otherwise respond to the complaint.

                              Respectfully submitted,

                              _____/s/_____
                              JEFFREY A. TAYLOR, D.C. Bar #498610
                              United States Attorney

                              _____/s/_____
                              RUDOLPH CONTRERAS, D.C. Bar #434122
                              Assistant United States Attorney

                              _____/s/_____
                              JOHN G. INTERRANTE, PA Bar #61373
                              Assistant United States Attorney
                              Civil Division
                              555 4th Street, N.W.
                              Washington, D.C. 20530
                              (202) 514-7220
                              (202) 514-8780 (fax)
                              John.Interrante@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that, on the 21st day of November, 2007, a copy of the foregoing was served by First-Class mail, postage prepaid to:

>MARTIN F. WIESNER
>1622 N. McKinley Rd. # 5
>Arlington, VA 22205

>  /s/
>JOHN G. INTERRANTE
>Assistant United States Attorney

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

```
_____
                              )
MARTIN WIESNER,               )
                              )
            Plaintiff,        )
                              )
       v.                     )   Civil Action No. 07-1599 (RBW)
                              )
FEDERAL BUREAU                )
OF INVESTIGATION, et al.,     )
                              )
            Defendants.       )
_____)
```

## ORDER

Upon Consideration of the Defendants' Motion for Enlargement of Time to File Answer or Otherwise Respond to the Complaint, and the entire record herein, it is hereby

**ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that the defendants shall file an answer or otherwise respond to the complaint on or before December 21, 2007.

It is **SO ORDERED** this _____ day of November, 2007.

```
                              _____
                              Reggie B. Walton
                              United States District Judge
```