UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARTIN F. WIESNER

          Plaintiff,

                                      No. 07-1599 (RBW)

v.

FEDERAL BUREAU OF INVESTIGATION,
et al.,

          Defendants.

---

## OPPOSITION TO DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Plaintiff in the above-captioned cased hereby opposes defendants' MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT.

### Background

Defendants have referenced the order given by this court on November 7, 2007, indicating that an answer must be filed no later than November 21, 2007. The defendants have requested an extension of 30 days from that date, and also indicated that the requested extension would be the first made by the defendants. In support of its motion, counsel for the defendants further indicates that he was only transferred to the "Civil Division" on November 5, 2007. Counsel also cites a heavy caseload, the need to review files for this case, and the need to discuss the matters of this case with "agency counsel".

RECEIVED
NOV 2 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Provisions and Implications of the FOIA

The Freedom of Information Act clearly states the answers to FOIA complaints must be effected within thirty days. The District Attorney has been aware of this complaint since October 22, 2007. Timeliness in litigation is an important factor, and even more so with the FOIA. Plaintiff in this case filed a complaint as soon as possible after the administrative remedies of the FOIA had been exhausted for the specific and as yet undisputed facts listed in its complaint. Those facts, and the evidence which supports them, will show that defendant FBI not only issued a fraudulent FOIA affidavit, but also attempted to obstruct the plaintiff from pursuing further action in the matter. Being a resident of this area, plaintiff has the utmost respect for the criminal work performed by Mr. Interrante in the District of Columbia, and that he has been assigned "a number of other cases" is lamentable, however, the fact that his appearance and subsequent motion were entered on the day before, and day of, the date ordered by this court for the defendants' answer suggests only an intent to delay these proceedings.

WHEREFORE, plaintiff prays that the defendants' motion not be granted, and that the Court's order of November 7, 2007 stand.

Respectfully submitted,

MARTIN F. WIESNER
1622 N. McKinley Rd. #5
Arlington, VA 22205
(703) 909-5055

CERTIFICATE OF SERVICE

I CERTIFY that on November 26, 2007, defendants were served with a copy of the foregoing OPPOSITION TO DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER OR OTHERWISE RESPOND, in Civil Action No. 07-1599, via first-class mail postage prepaid and addressed:

United States Attorney General
950 Pennsylvania Ave., N.W.
Washington, DC 20530

Civil Process Clerk
Office of the United States Attorney
555 4th St., N.W.
Washington, DC 20530

Office of General Counsel
Central Intelligence Agency
Washington, DC 20505

Office of General Counsel
Federal Bureau of Investigation
935 Pennsylvania Ave., N.W.
Washington, DC 20535

Martin F. Wiesner
1622 N. McKinley Rd. #5
Arlington, VA 22205
(703) 909-5055