UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                              )
**MARTIN WIESNER,**           )
                              )
        **Plaintiff,**    )
                              ) Civil Action No. 07-1599 (RBW)
   v.                         )
                              )
**FEDERAL BUREAU**            )
**OF INVESTIGATION, et al.,** )
                              )
        **Defendants.**   )
_____)

**DEFENDANT FEDERAL BUREAU OF INVESTIGATION'S**
**MOTION FOR EXTENSION OF TIME TO FILE REPLY**

    Defendant, Federal Bureau of Investigation ("FBI"), respectfully moves the Court, pursuant to Fed. R. Civ. P. 6(b), for an enlargement of time of 7 days to, and including, January 29, 2008, to file a reply to Plaintiff's Opposition to Defendant FBI's Motion to Dismiss Or, in the Alternative, for Summary Judgement (Document 22). Plaintiff's opposition brief was mailed on January 9, 2008, entered on the ECF docket on January 14, 2008, and received by undersigned counsel on January 16, 2008. Defendant FBI's reply is due today, pursuant to LCvR 7(d). This is the first extension requested by Defendant FBI to file a reply. Undersigned counsel discussed this request with plaintiff, Martin Wiesner, who is proceeding pro se, and plaintiff reserved his right to file a written opposition hereto.

    Defendant FBI requests an enlargement of time because the opposition brief was not received in the mail until January 16,

2008, and additional time is required to review the opposition brief and to confer and consult with agency counsel prior to preparing our reply brief.

WHEREFORE, Defendant FBI respectfully requests an enlargement of time of 7 days to file a reply brief.

Respectfully submitted,

\_\_\_\_\_/s/_____
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney


\_\_\_\_\_/s/_____
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney


\_\_\_\_\_/s/_____
JOHN G. INTERRANTE, PA Bar #61373
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7220
(202) 514-8780 (fax)
John.Interrante@usdoj.gov

**CERTIFICATE OF SERVICE**

    I hereby certify that, on the 22nd day of January, 2008, a copy of the foregoing was served by First-Class mail, postage prepaid to:

        MARTIN F. WIESNER
        1622 N. McKinley Rd. # 5
        Arlington, VA 22205

                /s/
                JOHN G. INTERRANTE
                Assistant United States Attorney

```
                   UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA
_____
                              )
MARTIN WIESNER,               )
                              )
          Plaintiff,          )
                              )
     v.                       )  Civil Action No. 07-1599 (RBW)
                              )
FEDERAL BUREAU                )
OF INVESTIGATION, et al.,     )
                              )
          Defendants.         )
_____)
```

**ORDER**

Upon Consideration of Defendant Federal Bureau of Investigation's Motion for Extension of Time to File a Reply, and the entire record herein, it is hereby

**ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that Defendant Federal Bureau of Investigation shall file a reply by January 29, 2008.

It is **SO ORDERED** this _____ day of January, 2008.

_____
Reggie B. Walton
United States District Judge