UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARTIN WIESNER,** | ) <br> ) <br> ) |
| **Plaintiff,** | ) <br> ) Civil Action No. 07-1599 (RBW) |
| v. | ) <br> ) |
| **FEDERAL BUREAU** <br> **OF INVESTIGATION, et al.,** | ) <br> ) <br> ) |
| **Defendants.** | ) <br> ) |

**DEFENDANT FEDERAL BUREAU OF INVESTIGATION'S**
**SECOND MOTION FOR EXTENSION OF TIME TO FILE REPLY**

Defendant, Federal Bureau of Investigation ("FBI"), respectfully moves the Court, pursuant to Fed. R. Civ. P. 6(b), for an enlargement of time of three weeks to, and including, February 19, 2008, to file a reply to Plaintiff's Opposition to Defendant FBI's Motion to Dismiss Or, in the Alternative, for Summary Judgement ("Plaintiff's Opposition") (Document 22). This is Defendant FBI's second request for an extension in this case, which arises under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, as amended. Defendant FBI's reply is due today, by the Court's Minute Order dated January 23, 2008. Undersigned counsel notified Plaintiff, Martin Wiesner, who is proceeding pro se, of Defendant FBI's intention to file this request by leaving a telephonic message, but was unable to reach Plaintiff. On previous occasions, Plaintiff reserved his right to file a written opposition to a motion for an extension of time.

Initially, Defendant FBI requested a one-week extension of time to file a reply to allow sufficient time to review Plaintiff's Opposition and to confer and consult with agency counsel prior to drafting our reply brief. Specifically, Plaintiff's Opposition included an attached copy of a rough transcription of a one-party consent telephone conversation between Plaintiff and an FBI FOIA specialist about the "no records" response in this case, which was not previously available to

defendant. Upon further review of Plaintiff's Opposition, and the attached transcript, it is clear that Plaintiff has a fundamental misconception about the search in this case of the "main files" and the "cross-referenced files" located at the FBI Headquarters. As indicated in the Declaration of David M. Hardy, attached to Defendant FBI's moving papers, both types of searches were conducted in this case, and "no records responsive to Plaintiff's FOIA request were located" (Hardy Decl., ¶ 22). However, to make sure that the record is clear on this point, Defendant FBI would like to supplement its original declaration. We request three weeks to avoid the need to file any further extension requests.

    WHEREFORE, Defendant FBI respectfully requests an enlargement of time of three weeks to file a reply brief.

Respectfully submitted,

   /s/
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney


   /s/
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney


   /s/
JOHN G. INTERRANTE, PA Bar #61373
Assistant United States Attorney
Civil Division, Room E-4806
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7220
(202) 514-8780 (fax)
John.Interrante@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that, on the 29th day of January, 2008, a copy of the foregoing was served by First-Class mail, postage prepaid to:

>MARTIN F. WIESNER
>1622 N. McKinley Rd. # 5
>Arlington, VA 22205

>   /s/
>JOHN G. INTERRANTE
>Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **MARTIN WIESNER,** | ) |
|  | ) |
| **Plaintiff,** | ) |
|  | ) **Civil Action No. 07-1599 (RBW)** |
| v. | ) |
|  | ) |
| **FEDERAL BUREAU** | ) |
| **OF INVESTIGATION, et al.,** | ) |
|  | ) |
| **Defendants.** | ) |
|  | ) |

## ORDER

Upon Consideration of Defendant Federal Bureau of Investigation's Second Motion for Extension of Time to File a Reply, and the entire record herein, it is hereby

**ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that Defendant Federal Bureau of Investigation shall file a reply by February 19, 2008.

It is **SO ORDERED** this ___ day of January, 2008.

Reggie B. Walton
United States District Judge