UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARTIN WIESNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 07-1599 (RBW) |
| v. ) | |
| ) | |
| FEDERAL BUREAU ) | |
| OF INVESTIGATION, et al., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT FEDERAL BUREAU OF INVESTIGATION'S
THIRD MOTION FOR EXTENSION OF TIME TO FILE REPLY**

Defendant, Federal Bureau of Investigation ("FBI"), respectfully moves the Court, pursuant to Fed. R. Civ. P. 6(b), for an enlargement of time of two weeks to, and including, March 4, 2008, to file a reply (and supplemental declaration) to Plaintiff's Opposition to Defendant FBI's Motion to Dismiss Or, in the Alternative, for Summary Judgement (Document 22). This is Defendant FBI's third request for an extension in this case, which arises under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, as amended. Undersigned counsel notified Plaintiff, Martin Wiesner, who is proceeding pro se, of Defendant FBI's intention to file this request by leaving a telephonic message, but was unable to reach Plaintiff. On previous occasions, Plaintiff reserved his right to file a written opposition to a motion for an extension of time. Defendant relies on the following points and authorities in support of this motion.

1. Defendant FBI previously requested an enlargement of time to, and including, February 19, 2008, to file a reply and supplemental declaration. This requested enlargement is required, in part, because plaintiff's opposition attached a copy of a rough transcription of a one-party consent telephone conversation between Plaintiff and an FBI FOIA specialist about the "no records" response in this case, which was not previously made available to defendant or counsel. Because

plaintiff's opposition is based primarily on his interpretation of the transcript, defendant would like to file a supplemental declaration that makes clear that the search in this case included both the "main files" and the "cross-referenced files" located at the FBI Headquarters, and that no responsive records were located.

2. Undersigned counsel has conferred and consulted with agency counsel with respect to the reply and supplemental declaration. Defendant requires additional time, however, because undersigned counsel is returning to the office today after being sick with the flu last week, and agency counsel is on leave today.

WHEREFORE, Defendant FBI respectfully requests an enlargement of time of two weeks to file a reply brief and supplemental declaration.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

/s/
JOHN G. INTERRANTE, PA Bar #61373
Assistant United States Attorney
Civil Division, Room E-4806
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7220
(202) 514-8780 (fax)
John.Interrante@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that, on the 19th day of February, 2008, a copy of the foregoing was served by First-Class mail, postage prepaid to:

>MARTIN F. WIESNER
>1622 N. McKinley Rd. # 5
>Arlington, VA 22205

>/s/
>JOHN G. INTERRANTE
>Assistant United States Attorney

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARTIN WIESNER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Civil Action No. 07-1599 (RBW) |
| v. | ) |
| | ) |
| **FEDERAL BUREAU** | ) |
| **OF INVESTIGATION, et al.,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

### ORDER

Upon Consideration of Defendant Federal Bureau of Investigation's Third Motion for Extension of Time to File a Reply, and the entire record herein, it is hereby

**ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that Defendant Federal Bureau of Investigation shall file a reply by March 4, 2008.

It is **SO ORDERED** this ___ day of _____, 2008.

 

Reggie B. Walton
United States District Judge