UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARTIN WIESNER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | Case No: 07-1599 (RBW) |
| ) | |
| **FEDERAL BUREAU** ) | |
| **OF INVESTIGATION, CENTRAL** ) | |
| **INTELLIGENCE AGENCY,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Special Assistant United States Attorney Cindy S. Owens as counsel for defendant in the above-captioned case.

                                                       Respectfully submitted,

                                                    /s/
                                        Cindy S. Owens, D.C. BAR #491465
                                        Special Assistant United States Attorney
                                        555 Fourth St., N.W.
                                        Room E4112
                                        Washington, D.C. 20530
                                        (202) 616-2257
                                        cindy.owens@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 9[h] day of May, 2008, a copy of the foregoing was served by First-Class mail, postage prepaid to:

JAMES EARL THOMPSON
Reg. # 05892-007
FCI Petersburg (Medium)
P.O. Box 90043
Petersburg, Virginia 23804

                                                  /s/
                                        Cindy S. Owens, D.C. BAR #491465
                                        Special Assistant United States Attorney
                                        555 Fourth St., N.W.
                                        Room E4112
                                        Washington, D.C. 20530
                                        (202) 616-2257
                                        cindy.owens@usdoj.gov