## CERTIFICATE OF SERVICE

I hereby certify that, on this 9$^{\text{h}}$ day of May, 2008, a copy of the foregoing was served by

First-Class mail, postage prepaid to:

MARTIN WIESNER
1622 N. Mckinley Road
Apartment 5
Arlington, VA 22205

                                          /s/
                                   Cindy S. Owens, D.C. BAR #491465
                                   Special Assistant United States Attorney
                                   555 Fourth St., N.W.
                                   Room E4112
                                   Washington, D.C. 20530
                                   (202) 616-2257
                                   cindy.owens@usdoj.gov